# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03131-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

DAVID ALLEN SUSSMAN

      Applicant,

v.

ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 3 2011

GREGORY C. LANGHAM
      CLERK

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Application for a Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2254 and a "Declaration in Support of Request to Proceed In Forma

Pauperis." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the submitted documents are deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue his claims. Any

papers which the Applicant files in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___     is not submitted
(2)   ___     is missing affidavit
(3)   ___     is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)   _x_     is missing certificate showing current balance in prison account
(5)   ___     is missing required financial information
(6)   ___     is missing an original signature by the prisoner

(7)  _x_  is not on proper form (must use the court's current form)
(8)  _x_  names in caption do not match names in caption of complaint, petition or habeas application
(9)  __  An original and a copy have not been received by the court. Only an original has been received.
(10) __  other:_____.

**Complaint, Petition or Application**:
(11) __  is not submitted
(12) _x_  is not on proper form (must use the court's current form)
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. ___
(15) __  uses et al. instead of listing all parties in caption
(16) __  An original and a copy have not been received by the court. Only an original has been received.
(17) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __  names in caption do not match names in text
(19) _X_  other The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED January 3, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.  10-cv-03131-BNB

David Allen Sussman
Prisoner No. 0000740437
Denver County Jail
PO Box 1108
Denver, CO 80201


I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms** to the above-named individuals on January 3, 2011.


GREGORY C. LANGHAM, CLERK


By: _____
Deputy Clerk